```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AMERICAN OVERSIGHT,             :
                   Plaintiff,    :
                                 :      19 Civ. 8215 (LGS)
        -against-                :
                                 :             ORDER
U.S. DEPARTMENT OF JUSTICE, et al., :
                   Defendants.   :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the parties shall file a status letter by February 21, 2020, apprising the Court of what next steps, if any, are appropriate in this action.

Dated: February 14, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**