| FBI Bates Numbers | Number of pages | Date | Type of Document | Released in Part | Exemption 5/Work Product Asserted | Exemptions 6 and 7(C) Asserted |
|---|---|---|---|---|---|---|
| 14-22 | 9 | 2/14/2018 | 302 | | X | X |
| N/A | 5 | 2/14/2018 | SDNY Memo | | X | X |
| 197-206 | 10 | 4/6/2018 | Handwritten Notes | | X | X |
| 94-95 | 2 | 4/10/2018 | 302 | | X | X |
| N/A | 3 | 4/19/2018 | Handwritten Notes | | X | X |
| 107-112 | 6 | 4/20/2018 | 302 | | X | X |
| N/A | 2 | 5/4/2018 | SDNY Memo (John Gauger) | X | X | X |
| 80-81 | 2 | 5/17/2018 | 302 | | X | X |
| 54-55 | 2 | 5/17/2018 | 302 | | X | X |
| 129-145 | 17 | 5/25/2018 | 302 (Keith Davidson) | X | X | X |
| 30-42 | 13 | 6/4/2018 | 302 (Keith Davidson) | X | X | X |
| 96-106 | 11 | 6/26/2018 | 302 | | X | X |
| N/A | 11 | 6/27/2018 | SDNY Memo | | X | X |
| 48-53 | 6 | 7/9/2018 | 302 (John Gauger) | X | X | X |
| 43-47 | 5 | 7/12/2018 | 302 | | X | X |
| 118-128 | 11 | 7/23/2018 | 302 | | X | X |
| 146-171 | 26 | 7/26/2018 | 302 | | X | X |
| 172-181 | 10 | 8/2/2018 | 302 | | X | X |
| 23-29 | 7 | 8/3/2018 | 302 (Keith Davidson) | X | X | X |
| 82-93 | 12 | 8/8/2018 | 302 | | X | X |
| 182-189 | 8 | 8/9/2018 | 302 | | X | X |
| 190-196 | 7 | 8/16/2018 | 302 | | X | X |
| 56-79 | 24 | 8/17/2018 | 302 | | X | X |
| 113-117 | 5 | 8/17/2018 | 302 | | X | X |
| 1 to 13 | 13 | 10/8/2018 | 302 (Michael Cohen) | X | X | X |
| 1924-1935 | 12 | 10/17/2018 | 302 (Michael Cohen) | X | X | X |
| N/A | 2 | 1/14/2019 | Handwritten Notes | | X | X |