IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AMERICAN OVERSIGHT,

      Plaintiff,

v.

                                                 Civil Action No. 19-cv-8215 (LGS)

DEPARTMENT OF JUSTICE and
FEDERAL BUREAU OF INVESTIGATION,

      Defendants.

**EXHIBIT B**

# AMERICAN OVERSIGHT v. DOJ
# 19-cv-8215

## INDEX OF PAGES WITHHELD IN FULL OR PART[1]

Listed below are the coded categories used to explain the FBI's assertion of FOIA Exemptions 6 and 7(C) to withhold three categories of information, followed by an index disclosing the location within the production where such information was withheld by the FBI.

| CODED CATEGORY | DESCRIPTION OF INFORMATION WITHHELD TO AVOID UNWARRANTED/CLEARLY UNWARRANTED INVASION OF PERSONAL PRIVACY |
|---|---|
| (b)(6)-1 and (b)(7)(C)-1 | Names and/or non-public personal and/or financial information of a third party of investigative interest (including, but not limited to, date of birth, social security number, addresses, employer, position, telephone number, familial relationships, financial account numbers, and similar information). |
| (b)(6)-4 and (b)(7)(C)-4 | Name(s) and/or identifying information of third parties merely mentioned (typically, in the context of information provided by a third party providing information). |
| (b)(6)-5 and (b)(7)(C)-5 | Name(s) and/or identifying information of third parties providing information. |

---

[1] Plaintiff has waived any challenges concerning FOIA Exemptions 7(A) and 7(E). Plaintiff has also waived any challenge to FOIA Exemptions 6 and 7(C) as applied to FBI and AUSA names. Therefore, this index only incorporates withholdings based on the remaining challenged assertions by FBI concerning FOIA Exemptions (b)(6) and (b)(7)(C), coded categories 1, 4, and 5.

| FBI DOCUMENTS CONTAINING CONTESTED REDACTIONS (206 Pages) | | | | | | |
|---|---|---|---|---|---|---|
| Document Description | Bates No. | Exemptions 6 & 7(C) Coded Category | | | Disposition of Document | |
| Document Description | Bates No. | 1 | 4 | 5 | RIP[2] | WIF by DOJ/EOUSA (SDNY)[3] |
| FD-302 interview of Michael Cohen on 10/8/2018 | 1 | x | | | x | |
| | 2 | x | x | x | x | |
| | 3 | | x | x | x | |
| | 4 | | x | x | x | |
| | 5 | x | x | x | x | |
| | 6 | | x | x | x | |
| | 7 | | x | x | x | |
| | 8 | | x | x | x | |
| | 9 | | x | x | x | |
| | 10 | | x | x | x | |
| | 11 | | x | x | x | |
| | 12 | | x | x | x | |
| | 13 | | x | x | x | |
| FD-302 interview of a third party | 14 | | x | x | | x |
| | 15 | | x | x | | x |
| | 16 | x | x | x | | x |
| | 17 | x | x | x | | x |
| | 18 | x | | x | | x |
| | 19 | x | x | x | | x |
| | 20 | x | x | x | | x |
| | 21 | x | x | x | | x |
| | 22 | | x | x | | x |
| FD-302 interview of Keith Davidson on 08/03/2018 | 23 | | x | x | x | |
| | 24 | | x | x | x | |
| | 25 | | x | x | x | |
| | 26 | | | x | x | |
| | 27 | | | x | x | |
| | 28 | | | x | x | |
| | 29 | | | | x | |
| FD-302 interview of Keith Davidson on 06/04/2018 | 30 | | x | x | x | |
| | 31 | | x | x | x | |
| | 32 | | x | x | x | |

---

[2] Released in Part ("RIP")
[3] Pages WIF at the request of DOJ/EOUSA.

| | | | | | | |
|---|---|---|---|---|---|---|
| | 33 | | | x | x | |
| | 34 | | x | x | x | |
| | 35 | | | x | x | |
| | 36 | | | x | x | |
| | 37 | | x | x | x | |
| | 38 | | x | x | x | |
| | 39 | | | x | x | |
| | 40 | | x | x | x | |
| | 41 | | x | x | x | |
| | 42 | | | x | x | |
| FD-302 interview of a third party | 43 | | x | x | | x |
| | 44 | x | x | x | | x |
| | 45 | x | | x | | x |
| | 46 | x | x | x | | x |
| | 47 | x | x | x | | x |
| FD-302 interview of John Gauger on 07/09/2018. | 48 | | x | x | x | |
| | 49 | | x | x | x | |
| | 50 | | x | x | x | |
| | 51 | | x | x | x | |
| | 52 | | x | x | x | |
| | 53 | | | x | x | |
| FD-302 interview of a third party | 54 | | x | x | | x |
| | 55 | | | x | | x |
| FD-302 interview of a third party | 56 | | x | x | | x |
| | 57 | | x | x | | x |
| | 58 | | x | x | | x |
| | 59 | | x | x | | x |
| | 60 | | x | x | | x |
| | 61 | | x | x | | x |
| | 62 | | x | x | | x |
| | 63 | | x | x | | x |
| | 64 | | | x | | x |
| | 65 | | | x | | x |
| | 66 | | x | x | | x |
| | 67 | | x | x | | x |
| | 68 | | x | x | | x |
| | 69 | | x | x | | x |
| | 70 | | x | x | | x |
| | 71 | | | x | | x |
| | 72 | | x | x | | x |
| | 73 | | x | x | | x |
| | 74 | | | x | | x |
| | 75 | | | x | | x |
| | 76 | | x | x | | x |

|  | 77 |  |  | x |  | x |
|---|---|---|---|---|---|---|
|  | 78 |  |  | x |  | x |
|  | 79 |  |  | x |  | x |
| FD-302 interview of a third party | 80 |  | x | x |  | x |
|  | 81 |  | x | x |  | x |
| FD-302 interview of a third party | 82 |  | x | x |  | x |
|  | 83 |  | x | x |  | x |
|  | 84 |  | x | x |  | x |
|  | 85 |  | x | x |  | x |
|  | 86 |  |  | x |  | x |
|  | 87 |  |  | x |  | x |
|  | 88 |  |  | x |  | x |
|  | 89 |  |  | x |  | x |
|  | 90 |  |  | x |  | x |
|  | 91 |  | x | x |  | x |
|  | 92 |  |  | x |  | x |
|  | 93 |  | x | x |  | x |
| FD-302 interview of a third party | 94 |  | x | x |  | x |
|  | 95 |  |  | x |  | x |
| FD-302 interview of a third party | 96 |  | x | x |  | x |
|  | 97 |  | x | x |  | x |
|  | 98 |  | x | x |  | x |
|  | 99 |  | x | x |  | x |
|  | 100 |  | x | x |  | x |
|  | 101 |  | x | x |  | x |
|  | 102 |  | x | x |  | x |
|  | 103 |  | x | x |  | x |
|  | 104 |  | x | x |  | x |
|  | 105 |  | x | x |  | x |
|  | 106 |  | x | x |  | x |
| FD-302 interview of a third party | 107 |  | x | x |  | x |
|  | 108 |  | x | x |  | x |
|  | 109 |  | x | x |  | x |
|  | 110 |  | x | x |  | x |
|  | 111 |  | x | x |  | x |
|  | 112 |  | x | x |  | x |
| FD-302 interview of a third party | 113 |  | x | x |  | x |
|  | 114 |  | x | x |  | x |
|  | 115 |  | x | x |  | x |
|  | 116 |  | x | x |  | x |
|  | 117 |  |  | x |  | x |
| FD-302 interview of a third party | 118 |  | x | x |  | x |
|  | 119 |  | x | x |  | x |
|  | 120 |  | x | x |  | x |
|  | 121 |  | x | x |  | x |

|  | | | | | | |
|---|---|---|---|---|---|---|
|  | 122 |  | x | x |  | x |
|  | 123 |  | x | x |  | x |
|  | 124 |  | x | x |  | x |
|  | 125 |  | x | x |  | x |
|  | 126 |  |  | x |  | x |
|  | 127 |  |  | x |  | x |
|  | 128 |  |  | x |  | x |
| FD-302 interview on 5/25/2018 of Keith Davidson | 129 |  | x | x | x |  |
|  | 130 |  | x | x | x |  |
|  | 131 |  | x | x | x |  |
|  | 132 |  |  | x | x |  |
|  | 133 |  | x | x | x |  |
|  | 134 |  |  | x | x |  |
|  | 135 |  |  | x | x |  |
|  | 136 |  |  | x | x |  |
|  | 137 |  |  | x | x |  |
|  | 138 |  | x | x | x |  |
|  | 139 |  |  | x | x |  |
|  | 140 |  | x | x | x |  |
|  | 141 |  | x | x | x |  |
|  | 142 |  | x | x | x |  |
|  | 143 |  | x | x | x |  |
|  | 144 |  | x | x | x |  |
|  | 145 |  |  | x | x |  |
| FD-302 interview of a third party | 146 |  | x | x |  | x |
|  | 147 |  | x | x |  | x |
|  | 148 |  | x | x |  | x |
|  | 149 |  | x | x |  | x |
|  | 150 |  | x | x |  | x |
|  | 151 |  | x | x |  | x |
|  | 152 |  | x | x |  | x |
|  | 153 |  | x | x |  | x |
|  | 154 |  | x | x |  | x |
|  | 155 |  | x | x |  | x |
|  | 156 |  | x | x |  | x |
|  | 157 |  | x | x |  | x |
|  | 158 |  | x | x |  | x |
|  | 159 |  |  | x |  | x |
|  | 160 |  | x | x |  | x |
|  | 161 |  |  | x |  | x |
|  | 162 |  |  | x |  | x |
|  | 163 |  | x | x |  | x |
|  | 164 |  | x | x |  | x |
|  | 165 |  |  | x |  | x |
|  | 166 |  | x | x |  | x |

|  | 167 |  |  | x |  | x |
|---|---|---|---|---|---|---|
|  | 168 |  |  | x |  | x |
|  | 169 |  | x | x |  | x |
|  | 170 |  | x | x |  | x |
|  | 171 |  | x | x |  | x |
| FD-302 interview of a third party | 172 |  | x | x |  | x |
|  | 173 |  |  | x |  | x |
|  | 174 |  |  | x |  | x |
|  | 175 |  | x | x |  | x |
|  | 176 |  | x | x |  | x |
|  | 177 |  | x | x |  | x |
|  | 178 |  | x | x |  | x |
|  | 179 | x | x | x |  | x |
|  | 180 | x | x | x |  | x |
|  | 181 |  | x | x |  | x |
| FD-302 interview of a third party | 182 |  | x | x |  | x |
|  | 183 |  | x | x |  | x |
|  | 184 |  | x | x |  | x |
|  | 185 |  |  | x |  | x |
|  | 186 |  |  | x |  | x |
|  | 187 |  | x | x |  | x |
|  | 188 |  | x | x |  | x |
|  | 189 |  |  | x |  | x |
| FD-302 interview of a third party | 190 |  | x | x |  | x |
|  | 191 |  |  | x |  | x |
|  | 192 |  |  | x |  | x |
|  | 193 |  |  | x |  | x |
|  | 194 |  |  | x |  | x |
|  | 195 |  | x | x |  | x |
|  | 196 |  | x | x |  | x |
| Handwritten notes | 197 |  |  | x |  | x |
|  | 198 |  |  | x |  | x |
|  | 199 |  |  | x |  | x |
|  | 200 |  |  | x |  | x |
|  | 201 |  | x | x |  | x |
|  | 202 |  | x | x |  | x |
|  | 203 |  | x | x |  | x |
|  | 204 |  | x | x |  | x |
|  | 205 |  |  | x |  | x |
|  | 206 |  | x | x |  | X |

| PREVIOUSLY PROCESSED FBI RECORDS FROM 19-cv-8215 CONTAINING CHALLENGED FBI REDACTIONS (4 Pages) | | | | | |
|---|---|---|---|---|---|
| Document Description | Bates No. | Ex. 6 & 7(C)-1 | Ex. 6 & 7(C)-4 | Ex. 6 & 7(C)-5 | Disposition of Document |
| FD-302 interview on 10/17/2018 of Michael Cohen. Interview was previously processed in another litigated FOIA request 19cv1278 (DDC). FBI(19cv1278)-1924 through 1935. 12 pages. | 1924 | | | x | Document RIP |
| | 1925 | | x | x | x |
| | 1926 | | x | x | x |
| | 1927 | | x | x | x |
| NON-FBI DOCUMENTS CONTAINING CHALLENGED FBI REDACTIONS (2 Pages) | | | | | |
| Document Description | OGA Document | Ex. 6 & 7(C)-1 | Ex. 6 & 7(C)-4 | Ex. 6 & 7(C)-5 | Disposition of Document |
| 11 page DOJ Memorandum documenting an interview of a third party. | DOJ Document pg 3 of 11 | x | | | Document WIF per DOJ/EOUSA. |
| | DOJ Document pg 4 of 11 | x | | | |
| TOTALS: | Of the 260 pages reviewed, 212 of these pages contain FBI withholdings pursuant to FOIA Exemptions 6 and 7(C) and coded categories 1, 4, and 5. | | | | |

7