**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 19-cv-8215 |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *and* | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| *Defendants.* | ) |

**DECLARATION OF EMMA LEWIS IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, EMMA LEWIS, hereby declare as follows:

1.      I am an attorney at American Oversight, the plaintiff in the above-captioned litigation. I submit this Declaration in support of Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Cross-Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment. The facts set forth in this Declaration are true and of my personal knowledge.

2.      On February 7, 2020, my colleague Daniel McGrath received an email from Sarah Normand, Counsel for Defendants, with a response to American Oversight's FOIA request, including produced records, attached. This production consisted of five interview records, reflecting interviews with Michael Cohen and Keith Davidson. A true and correct copy of this production is attached as Exhibit A.

3.      On June 19, 2020, I received an email from Sarah Normand, counsel for

Defendants, with a supplemental production attached. This production consisted of one

memorandum and one FBI Form 302, both memorializing interviews with John Gauger. A true

and correct copy of this production is attached as Exhibit B.

4.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

are true and correct.


Dated: July 17, 2020

Emma Lewis

# EXHIBIT A

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
Civil Action No.: 19-cv-8215

PDF Title: 19-cv-8215 Release 1 Bates 1-206

Total Withheld Pages = 156

| Bates Page Reference | Reason for Withholding (i.e., exemptions with coded rationale, duplicate, sealed by order of court, etc.) |
|---|---|
| FBI(19cv8215)14 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)15 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)16 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)17 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)18 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)19 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)20 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)21 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)22 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)43 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)44 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)45 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)46 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)47 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)48 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)49 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)50 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)51 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)52 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)53 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)54 | b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)55 | b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)56 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)57 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)58 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)59 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)60 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)61 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)62 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)63 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)64 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)65 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)66 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)67 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |

| Bates Page Reference | Reason for Withholding (i.e., exemptions with coded rationale, duplicate, sealed by order of court, etc.) |
|---|---|
| FBI(19cv8215)68 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)69 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)70 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)71 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)72 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)73 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)74 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)75 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)76 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)77 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)78 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)79 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)80 | b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)81 | b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)82 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)83 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)84 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)85 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)86 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)87 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)88 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)89 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)90 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)91 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)92 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)93 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)94 | b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)95 | b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)96 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)97 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)98 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)99 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)100 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)101 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)102 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)103 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |

```
XXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)      X
X    No Duplication Fee   X
X    For this Page        X
XXXXXXXXXXXXXXXXXXXXXXX
```

| Bates Page Reference | Reason for Withholding (i.e., exemptions with coded rationale, duplicate, sealed by order of court, etc.) |
|---|---|
| FBI(19cv8215)104 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)105 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)106 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)107 | b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)108 | b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)109 | b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)110 | b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)111 | b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)112 | b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)113 | b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)114 | b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)115 | b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)116 | b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)117 | b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)118 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)119 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)120 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)121 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)122 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)123 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)124 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)125 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)126 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)127 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)128 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)146 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)147 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)148 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)149 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)150 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)151 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)152 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)153 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)154 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)155 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)156 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)      X
X    No Duplication Fee    X
X    For this Page         X
XXXXXXXXXXXXXXXXXXXXXXXX
```

| Bates Page Reference | Reason for Withholding (i.e., exemptions with coded rationale, duplicate, sealed by order of court, etc.) |
|---|---|
| FBI(19cv8215)157 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)158 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)159 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)160 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)161 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)162 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)163 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)164 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)165 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)166 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)167 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)168 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)169 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)170 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)171 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)172 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)173 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)174 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)175 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)176 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)177 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)178 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)179 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)180 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)181 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)182 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)183 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)184 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)185 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)186 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)187 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)188 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)189 | b3, b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)190 | b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)191 | b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)192 | b5, b6, b7C, b7E, Per DOJ/EOUSA |

```
XXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)      X
X    No Duplication Fee   X
X    For this Page        X
XXXXXXXXXXXXXXXXXXXXXXX
```

| Bates Page Reference | Reason for Withholding (i.e., exemptions with coded rationale, duplicate, sealed by order of court, etc.) |
|---|---|
| FBI(19cv8215)193 | b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)194 | b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)195 | b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)196 | b5, b6, b7C, b7E, Per DOJ/EOUSA |
| FBI(19cv8215)197 | b6, b7C-2, 3, 5, b3, b5, b7E Per DOJ/EOUSA |
| FBI(19cv8215)198 | b6, b7C-2, 3, 5, b3, b5, b7E Per DOJ/EOUSA |
| FBI(19cv8215)199 | b6, b7C-2, 3, 5, b3, b5, b7E Per DOJ/EOUSA |
| FBI(19cv8215)200 | b6, b7C-2, 3, 5, b3, b5, b7E Per DOJ/EOUSA |
| FBI(19cv8215)201 | b6, b7C-2, 3, 5, b3, b5, b7E Per DOJ/EOUSA |
| FBI(19cv8215)202 | b6, b7C-2, 3, 5, b3, b5, b7E Per DOJ/EOUSA |
| FBI(19cv8215)203 | b6, b7C-2, 3, 5, b3, b5, b7E Per DOJ/EOUSA |
| FBI(19cv8215)204 | b6, b7C-2, 3, 5, b3, b5, b7E Per DOJ/EOUSA |
| FBI(19cv8215)205 | b6, b7C-2, 3, 5, b3, b5, b7E Per DOJ/EOUSA |
| FBI(19cv8215)206 | b6, b7C-2, 3, 5, b3, b5, b7E Per DOJ/EOUSA |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

```
XXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)      X
X    No Duplication Fee    X
X    For this Page         X
XXXXXXXXXXXXXXXXXXXXXX
```

FD-302 (Rev. 5-8-10)



UNCLASSIFIED//~~FOUO~~

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    10/29/2018

    MICHAEL COHEN (COHEN), date of birth ⬛⬛⬛⬛⬛ cellular telephone number ⬛⬛⬛⬛⬛ was interviewed at 655 Third Avenue, New York, New York, 10017.  Present for the interview were Federal Bureau of Investigation (FBI) Special Agents ⬛⬛⬛⬛⬛ Assistant United States Attorneys (AUSA) ⬛⬛⬛⬛⬛ Internal Revenue Service (IRS) Special Agent ⬛⬛⬛⬛⬛ and COHEN's attorneys, Guy Petrillo, Amy Lester, and Phillip Pilmar.  AUSA ⬛⬛⬛ presented and explained a proffer agreement that COHEN and his attorneys reviewed and signed.  AUSA ⬛⬛⬛ further advised COHEN not to disclose the substance of communications made within the scope of attorney-client privilege.  After being advised of the identity of the interviewers and the nature of the interview, COHEN provided the following information:

        b6 -1, 2, 3
        b7C -1, 2, 3

        b5 Per DOJ/EOUSA
        b6 Per DOJ/EOUSA
        b7C Per DOJ/EOUSA

        b6 -1
        b7C -1

UNCLASSIFIED//~~FOUO~~

Investigation on  10/08/2018  at  New York, New York, United States (In Person)

File #  ⬛⬛⬛⬛⬛⬛⬛⬛                                    Date drafted  10/09/2018

by  ⬛⬛⬛⬛⬛⬛⬛⬛

        b6 -2
        b7C -2
        b7E -2

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI(19cv8215)-1

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U//~~FOUO~~) Interview of MICHAEL COHEN    . On  10/08/2018 . Page  2 of 13

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -4
b7C -4

b6 -4
b7C -4

b6 -4
b7C -4

b6 -4
b7C -4

b6 -4, 5
b7C -4, 5

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

b7E -1

Continuation of FD-302 of  (U//FOUO) Interview of MICHAEL COHEN                    , On  10/08/2018 , Page  3 of 13

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA
b6 -4
b7C -4

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5

UNCLASSIFIED//FOUO

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of __(U//~~FOUO~~) Interview of MICHAEL COHEN__ , On __10/08/2018__ , Page __4 of 13__

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -4
b7C -4

b6 -4, 5
b7C -4, 5

b6 -4
b7C -4

b6 -5
b7C -5

UNCLASSIFIED//~~FOUO~~

FBI(19cv8215)-4

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of __(U//~~FOUO~~) Interview of MICHAEL COHEN__ , On __10/08/2018__ , Page __5 of 13__

b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA
b6 -1, 5
b7C -1, 5

b3 Per DOJ/EOUSA

b6 -5
b7C -5

b6 -1, 5
b7C -1, 5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

UNCLASSIFIED//~~FOUO~~

FBI(19cv8215)-5

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U/~~FOUO~~) Interview of MICHAEL COHEN _____ . On 10/08/2018 . Page  6 of 13

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA
b6 -4, 5
b7C -4, 5



b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U//~~FOUO~~) Interview of MICHAEL COHEN _____ . On  10/08/2018 . Page  7 of 13

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5
b3 Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

**b7E -1**

Continuation of FD-302 of  (U//~~FOUO~~) Interview of MICHAEL COHEN _____ , On 10/08/2018 , Page 8 of 13

**b5 Per DOJ/EOUSA**
**b6 Per DOJ/EOUSA**
**b7C Per DOJ/EOUSA**

**b6 -4, 5**
**b7C -4, 5**

**b6 -5**
**b7C -5**

**b6 -4**
**b7C -4**

**b6 -5**
**b7C -5**

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

**b7E -1**

Continuation of FD-302 of (U//~~FOUO~~) Interview of MICHAEL COHEN ___ . On 10/08/2018 . Page 9 of 13

**b5 Per DOJ/EOUSA**
**b6 Per DOJ/EOUSA**
**b7C Per DOJ/EOUSA**

**b6 -5**
**b7C -5**

**b6 -5**
**b7C -5**

**b6 -4, 5**
**b7C -4, 5**

**b6 -5**
**b7C -5**

**b6 -4, 5**
**b7C -4, 5**

**b6 -5**
**b7C -5**

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U//~~FOUO~~) Interview of MICHAEL COHEN          , On  10/08/2018 , Page  10 of 13

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b7C -5

b6 -5
b7C -5

b6 -4
b7C -4

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5

FBI(19cv8215)-10

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of (U//~~FOUO~~) Interview of MICHAEL COHEN _____ , On 10/08/2018 , Page 11 of 13

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5
b3 Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

FBI(19cv8215)-11

FD-302a (Rev. 05-08-10)

b7E -1

Continuation of FD-302 of  (U//~~FOUO~~)  Interview of MICHAEL COHEN    , On  10/08/2018  , Page  12 of 13

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -4
b7C -4

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of (U//~~FOUO~~) Interview of MICHAEL COHEN    . On 10/08/2018 . Page 13 of 13

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA



b6 -4

b7C -4

b6 -4
b7C -4

b6 -4
b7C -4

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

UNCLASSIFIED//~~FOUO~~

FD-302 (Rev. 5-8-10)

UNCLASSIFIED//~~FOUO~~

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    08/24/2018

KEITH DAVIDSON (DAVIDSON), date of birth[          ] social security
number[          ] home address[                                    ]
[          ] cellular telephone number[                ] work telephone number
[                ] was interviewed at the United States Attorney's Office for
the Southern District of New York (SDNY), One St. Andrew's Plaza, New      b6 -2, 3, 4, 5
York, New York, 10007 by Assistant United States Attorney (AUSA)[      ]   b7C -2, 3, 4, 5
[      ]and AUSA[                ] Also present were Federal Bureau of
Investigation (FBI) Special Agent (SA)[                ]and SA[                ], as
well as DAVIDSON's attorneys,[                ](via telephone),[                ]
[          ] AUSA[          ]presented and explained a proffer
agreement that DAVIDSON and his attorneys reviewed and signed.  After
being advised of the identity of the interviewers, the nature of the
interview, and that lying to a federal agent is a crime, DAVIDSON provided
the following information:

b3 PER DOJ/EOUSA
b5 PER DOJ/EOUSA
b6 PER DOJ/EOUSA
b7C PER DOJ/EOUSA

b6 -5
b7C -5
b3 Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

UNCLASSIFIED//~~FOUO~~

Investigation on  08/03/2018  at  New York, New York, United States (In Person)

File #[                    ]                                    Date drafted  08/03/2018       b6 -2
                                                                                              b7C -2
by[                        ]                                                                   b7E -1

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

FBI(19cv8215)-23

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U/~~FOUO~~) Interview of KEITH DAVIDSON ____ . On  08/03/2018 . Page  2 of 7

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

UNCLASSIFIED//~~FOUO~~

FBI(19cv8215)-24

FD-302a (Rev. 05-08-10)

b7E -1

Continuation of FD-302 of (U//FOUO) Interview of KEITH DAVIDSON _____ . On  08/03/2018 . Page  3 of 7

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5

FBI(19cv8215)-25

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U//~~FOUO~~) Interview of KEITH DAVIDSON ___ . On  08/03/2018 . Page  4 of 7

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of (U//~~FOUO~~) Interview of KEITH DAVIDSON _____ . On 08/03/2018 , Page 5 of 7

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of (U//~~FOUO~~) Interview of KEITH DAVIDSON ____. On 08/03/2018 , Page 6 of 7

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

FBI(19cv8215)-28

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U//~~FOUO~~) Interview of KEITH DAVIDSON , On 08/03/2018 , Page 7 of 7

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -3
b7C -3

FD-302 (Rev. 5-8-10)



UNCLASSIFIED//~~FOUO~~

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    06/22/2018

        KEITH DAVIDSON (DAVIDSON), date of birth[            ] social security
number [            ] home address [                              ]
[            ] cellular telephone number [                    ] work telephone number
[                        ] was interviewed at the United States Attorney's Office for
the Southern District of New York (SDNY), One St. Andrew's Plaza, New        **b6 -2, -3, -5**
York, New York, 10007 by Assistant United States Attorney (AUSA)[   ]         **b7C -2, -3, -5**
[        ] and AUSA [                    ] Also present were Federal Bureau of
Investigation (FBI) Special Agent (SA)[                    ] and SA [                    ]
as well as [                                                                        ]
[                ] AUSA [        ] presented and explained a proffer agreement that
DAVIDSON and his attorneys reviewed and signed.  After being advised of
the identity of the interviewers, the nature of the interview, and that
lying to a federal agent is a crime, DAVIDSON provided the following
information:

                                                                    **b3 Per DOJ/EOUSA**
                                                                    **b5 Per DOJ/EOUSA**
                                                                    **b6 Per DOJ/EOUSA**
                                                                    **b7C Per DOJ/EOUSA**

                                                                        **b6 -5**
                                                                        **b7C -5**

                                                                        **b6 -4, 5**
                                                                        **b7C -4, 5**

                                                                    **b3 Per DOJ/EOUSA**
                                                                        **b6 -5**
                                                                        **b7C -5**

UNCLASSIFIED//~~FOUO~~

Investigation on  06/04/2018   at  New York, New York, United States (In Person)

File # [                        ]                          Date drafted   06/04/2018      **b6 -2**
                                                                                          **b7C -2**
by [                                        ]                                              **b7E -1**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of ___(U//~~FOUO~~) Interview of KEITH DAVIDSON___ , On _06/04/2018_ , Page _2 of 13_

b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b3 Per DOJ/EOUSA
b6 -4
b7C -4

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b3 Per DOJ/EOUSA

b6 -4, 5
b7C -4, 5

b3 Per DOJ/EOUSA

b6 -5
b7C -5

UNCLASSIFIED//~~FOUO~~

FBI(19cv8215)-31

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of   (U//~~FOUO~~) Interview of KEITH DAVIDSON _____ . On   06/04/2018 . Page   3 of 13

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA
b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

b7E -1

Continuation of FD-302 of  (U//FOUO) Interview of KEITH DAVIDSON _____ . On  06/04/2018  . Page  4 of 13

b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA b6 -5
b6 Per DOJ/EOUSA b7C -5
b7C Per DOJ/EOUSA

b3 Per DOJ/EOUSA

b6 -5
b7C -5

b3 Per DOJ/EOUSA

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5

UNCLASSIFIED//FOUO

FBI(19cv8215)-33

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of ___(U//~~FOUO~~) Interview of KEITH DAVIDSON___ , On _06/04/2018_ , Page _5 of 13_

b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b3 Per DOJ/EOUSA

b6 -4, 5
b7C -4, 5

b3 Per DOJ/EOUSA

b6 -5
b7C -5

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of (U//~~FOUO~~) Interview of KEITH DAVIDSON ____. On 06/04/2018 , Page 6 of 13

b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b3 Per DOJ/EOUSA

b3 Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

FBI(19cv8215)-35

FD-302a (Rev. 05-08-10)

b7E -1

Continuation of FD-302 of (U/~~FOUO~~) Interview of KEITH DAVIDSON _____ . On 06/04/2018 . Page 7 of 13

b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b3 Per DOJ/EOUSA
b6 -5
b7C -5

b3 Per DOJ/EOUSA

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5

FBI(19cv8215)-36

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of __(U//~~FOUO~~) Interview of KEITH DAVIDSON__ , On __06/04/2018__ , Page __8 of 13__

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U//~~FOUO~~) Interview of KEITH DAVIDSON  , On 06/04/2018 , Page 9 of 13

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of ___(U//~~FOUO~~) Interview of KEITH DAVIDSON___ , On __06/04/2018__ , Page __10 of 13__

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of (U//~~FOUO~~) Interview of KEITH DAVIDSON . On 06/04/2018 , Page 11 of 13

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

b7E -1

Continuation of FD-302 of  (U//FOUO) Interview of KEITH DAVIDSON    , On  06/04/2018 , Page  12 of 13



b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b3 Per DOJ/EOUSA

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U//~~FOUO~~) Interview of KEITH DAVIDSON _____ , On  06/04/2018 , Page  13 of 13

b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b3 Per DOJ/EOUSA
b6 -5
b7C -5

FD-302 (Rev. 5-8-10)



UNCLASSIFIED//~~FOUO~~

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    07/18/2018

KEITH DAVIDSON (DAVIDSON), date of birth ☐          social security
number ☐          home address ☐
☐          cellular telephone number ☐          work telephone number
☐          was interviewed under a proffer agreement at the United
States Attorney's Office for the Southern District of New York (SDNY), One
St. Andrew's Plaza, New York, New York, 10007 by Assistant United States
Attorney (AUSA) ☐          and AUSA ☐          Also present were
Federal Bureau of Investigation (FBI) Special Agents ☐          and **b6 -2, 3, 4, 5**
☐          as well as DAVIDSON's attorneys ☐          **b7C -2, 3, 4, 5**
☐          After being advised of the identity of the
interviewer, the conditions of the proffer agreement and the nature of the
interview, DAVIDSON provided the following information:

**b5 Per DOJ/EOUSA**
**b6 Per DOJ/EOUSA**
**b7C Per DOJ/EOUSA**

**b6 -5**
**b7C -5**

**b6 -5**
**b7C -5**

**b6 -5**
**b7C -5**

UNCLASSIFIED//~~FOUO~~

Investigation on  05/25/2018  at  New York, New York, United States (In Person)

File # ☐

Date drafted  05/25/2018    **b6 -2**
**b7C -2**

by ☐          **b7E -1**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI(19cv8215)-129

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U) Proffer of KEITH DAVIDSON _____ . On  05/25/2018 . Page  2 of 17

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U) Proffer of KEITH DAVIDSON _____ . On  05/25/2018 , Page  3 of 17

b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA   b6 -5
b7C Per DOJ/EOUSA  b7C -5

b3 Per DOJ/EOUSA

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5
b3 Per DOJ/EOUSA

b6 -4, 5
b7C -4, 5
b3 Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5
b3 Per DOJ/EOUSA

b6 -5
b7C -5
b3 Per DOJ/EOUSA

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U) Proffer of KEITH DAVIDSON _____ . On  05/25/2018 . Page  4 of 17

b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5
b3 Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5
b3 Per DOJ/EOUSA

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U) Proffer of KEITH DAVIDSON _____ , On  05/25/2018 , Page  5 of 17

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of   (U) Proffer of KEITH DAVIDSON _____ . On   05/25/2018   . Page   6 of 17

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

b7E -1

Continuation of FD-302 of  (U) Proffer of KEITH DAVIDSON _____ . On  05/25/2018 . Page  7 of 17

b5 Per DOJ/EOUSA    b6 -5
b6 Per DOJ/EOUSA    b7C -5
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

FBI(19cv8215)-135

FD-302a (Rev. 05-08-10)

UNCLASSIFIED/~~FOUO~~

b7E -1

Continuation of FD-302 of  (U) Proffer of KEITH DAVIDSON _____ . On _05/25/2018_ . Page _8 of 17_

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

UNCLASSIFIED/~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U) Proffer of KEITH DAVIDSON _____ . On  05/25/2018 . Page  9 of 17

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of (U) Proffer of KEITH DAVIDSON          . On 05/25/2018    , Page 10 of 17

b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA ] -5
                    b7C -5

b3 Per DOJ/EOUSA
b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b3 Per DOJ/EOUSA
b6 -5
b7C -5

b6 -4
b7C -4

b3 Per DOJ/EOUSA
b6 -5
b7C -5

b3 Per DOJ/EOUSA
b6 -5
b7C -5

FBI(19cv8215)-138

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U) Proffer of KEITH DAVIDSON _____ . On  05/25/2018 . Page  11 of 17

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b3 Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U) Proffer of KEITH DAVIDSON _____ . On  05/25/2018 . Page  12 of 17

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

**b7E -1**

Continuation of FD-302 of  (U) Proffer of KEITH DAVIDSON _____ . On  05/25/2018 . Page  13 of 17

b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA  b6 -5
b7C Per DOJ/EOUSA b7C -5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

FBI(19cv8215)-141

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U) Proffer of KEITH DAVIDSON _____ . On  05/25/2018 . Page  14 of 17

b3 Per DOJ/EOUSA        b6 -5
b5 Per DOJ/EOUSA        b7C -5
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b3 Per DOJ/EOUSA
b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of  (U) Proffer of KEITH DAVIDSON _____ . On  05/25/2018 . Page  15 of 17



b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b7E -1

Continuation of FD-302 of (U) Proffer of KEITH DAVIDSON _____ . On 05/25/2018 . Page 16 of 17



b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

UNCLASSIFIED//~~FOUO~~

FBI(19cv8215)-144

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

**b7E -1**

Continuation of FD-302 of (U) Proffer of KEITH DAVIDSON _____ . On 05/25/2018

**b3 Per DOJ/EOUSA**
**b5 Per DOJ/EOUSA**
**b6 Per DOJ/EOUSA**
**b7C Per DOJ/EOUSA**

**b6 -5**
**b7C -5**

**b3 Per DOJ/EOUSA**
**b6 -5**
**b7C -5**

UNCLASSIFIED//~~FOUO~~

FD-302 (Rev. 5-8-10)

UNCLASSIFIED//~~FOUO~~

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    11/01/2018

MICHAEL COHEN (COHEN), _____    b6
_____ was interviewed at 655 Third Avenue, New    b7C
York, New York, 10017. Present for the interview were Federal Bureau of
Investigation (FBI) Special Agents _____
_____ Assistant United States Attorneys (AUSA) _____
_____ and COHEN's attorneys, Guy Petrillo,
Amy Lester, and Phillip Pilmar. AUSA _____ presented and explained a
proffer agreement that COHEN and his attorneys reviewed and signed.  After
being advised of the identity of the interviewers and the nature of the
interview, COHEN provided the following information:

b5 Per DOJ/OIP

b3 Per DOJ/EOUSA

b5 Per DOJ/OIP

b5 Per DOJ/OIP

UNCLASSIFIED//~~FOUO~~

Investigation on   10/17/2018   at   New York, New York, United States (In Person)

File # _____    Date drafted   10/17/2018    b6
b7A
by _____    b7C
b7E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

FBI(19cv1278)-1924

FD-302a (Rev. 05-08-10)

b7A
b7E

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of  (U//~~FOUO~~) Interview of MICHAEL COHEN _____ , On 10/17/2018 , Page 2 of 12

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

FBI(19cv1278)-1925

b7A
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of ___(U//~~FOUO~~) Interview of MICHAEL COHEN___ , On _10/17/2018_ , Page _3 of 12_

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

b6
b7C

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP
b6
b7C

FBI(19cv1278)-1926

b7A
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of  (U/~~FOUO~~) Interview of MICHAEL COHEN _____ . On  10/17/2018 . Page  4 of 12

b5 Per DOJ/OIP
b6
b7C

b5 Per DOJ/OIP
b6
b7C

b5 Per DOJ/OIP
b6
b7C

b5 Per DOJ/OIP
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA
b6
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP
b6
b7C

b7A
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of  (U//~~FOUO~~) Interview of MICHAEL COHEN  , On  10/17/2018  , Page  5 of 12

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b6
b7C

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of (U//~~FOUO~~) Interview of MICHAEL COHEN _____ , On 10/17/2018 , Page 6 of 12

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b6
b7C

b7A
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of  (U//~~FOUO~~)  Interview of MICHAEL COHEN    . On  10/17/2018  . Page  7 of 12

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b3 Per DOJ/EOUSA
b6
b7C

b6
b7C

b5 Per DOJ/OIP

b6
b7C

FBI(19cv1278)-1930

FD-302a (Rev. 05-08-10)

b7A
b7E

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of __(U//~~FOUO~~) Interview of MICHAEL COHEN__ , On _10/17/2018_ , Page _8 of 12_

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP
b6
b7C

b5 Per DOJ/OIP

b6
b7C
b3 Per DOJ/EOUSA

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b3 Per DOJ/EOUSA

b7A
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of  (U//~~FOUO~~) Interview of MICHAEL COHEN              , On  10/17/2018 , Page  9 of 12

b5 Per DOJ/OIP

b6
b7C
b3 Per DOJ/EOUSA

b6
b7C

b3 Per DOJ/EOUSA

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b7A
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of    (U//~~FOUO~~) Interview of MICHAEL COHEN    . On  10/17/2018  , Page  10 of 12

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b7A
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of  (U//~~FOUO~~) Interview of MICHAEL COHEN _____ , On  10/17/2018 , Page  11 of 12

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

ADDITIONAL TOPICS

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

COHEN did not want the payments to "come out," and COHEN felt
that, after the search of his premises, he was "an open book"  COHEN felt
that his false statements to the House of Representatives and the Senate
were "a big concern."

FBI(19cv1278)-1934

b7A
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of (U//~~FOUO~~) Interview of MICHAEL COHEN . On 10/17/2018 . Page 12 of 12

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b3 Per FBI, Per DOJ/EOUSA
b6
b7C

FBI(19cv1278)-1935

# EXHIBIT B



**U.S. Department of Justice**
*United States Attorney*
*Southern District of New York*

# Memorandum

| Type of Activity | Interview of John Gauger |
| --- | --- |
| Date of Activity | May 4, 2018 |
| Investigation At | ████████████████████  b6/7C |
| USAO Number<br>(if applicable) | ████████  b7E |
| Prepared By | Special Agent ████████  b6/7C |

On May 4, 2018, the writer and FBI Special Agent ████████ interviewed John Gauger at his   b6/7C
residence.  After the agents identified themselves and explained the purpose of the interview,
Gauger voluntarily provided, in substance and in part, the following information:   b5, 6/7C



| Continuation of | John Gauger |
| --- | --- |

b5, 6/7C



End of interview.

- 1 of 6 -

FD-302 (Rev. 5-8-10)

UNCLASSIFIED//~~FOUO~~

**FEDERAL BUREAU OF INVESTIGATION**

b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

Date of entry    08/30/2018

JOHN GAUGER, date of birth [          ] telephones [          ] and
[          ] was interviewed at the US Attorney's Office in the Southern
District of New York.  Also present were Assistant US Attorneys [          ]
[          ] attorney, IRS Special Agent [          ]
[          ] and IRS supervisor [          ]  After being advised of
the identity of the interviewing Agents and the nature of the interview,
GAUGER provided the following information:

b6 -3, 5
b7C -3, 5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

UNCLASSIFIED//~~FOUO~~

Investigation on  07/09/2018  at  New York, New York, United States (In Person)

File # [          ]                                    Date drafted  07/10/2018

by [          ]

b6 -2
b7C -2
b7E -1

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**b7E -1**

FD-302a (Rev. 05-08-10)

b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of (U) John Gauger _____ , On 07/09/2018 , Page 2 of 6

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

FBI(19cv8215)-49

**b7E -1**

FD-302a (Rev. 05-08-10)

**b3 Per DOJ/EOUSA**
**b5 Per DOJ/EOUSA**
**b6 Per DOJ/EOUSA**
**b7C Per DOJ/EOUSA**

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of   (U)  John Gauger                    , On   07/09/2018   , Page   3 of 6

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

FBI(19cv8215)-50

b7E -1

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

Continuation of FD-302 of  (U)  John Gauger _____ , On  07/09/2018  , Page  4 of 6

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -4
b7C -4

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

FBI(19cv8215)-51

**b7E -1**

FD-302a (Rev. 05-08-10)

b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of   (U)  John Gauger                    , On   07/09/2018   , Page    5 of 6

b6 -5
b7C -5

b6 -5
b7C -5

b6 -4, 5
b7C -4, 5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

b6 -5
b7C -5

FBI(19cv8215)-52

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b3 Per DOJ/EOUSA
b5 Per DOJ/EOUSA
b6 Per DOJ/EOUSA
b7C Per DOJ/EOUSA

Continuation of FD-302 of  (U)  John Gauger                              , On  07/09/2018  , Page   6 of 6

b6 -5
b7C -5