# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

AMERICAN OVERSIGHT,

                Plaintiff,                19 **CIVIL** 8215 (LGS)

     -against-                       **JUDGMENT**

U.S. DEPARTMENT OF JUSTICE, et al.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 15, 2021, Plaintiff's motion for summary judgment is denied and Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           March 16, 2021

                                              **RUBY J. KRAJICK**
                                                Clerk of Court
                            BY:
                                                   **Deputy Clerk**